UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THOMAS PAUL CALDWELL and JOSHUA JAYME OLIVAREZ, Plaintiffs,<br><br>v.<br><br>AUDREY GOSSETT LOUIS, individually, et al., Defendants. | Civil Action No. 5:26-cv-2527 |

# Order Dismissing Wilson County Defendants

The Court has considered and now GRANTS *Wilson County Defendants' Motion to Dismiss* (Doc. 14). The Court ORDERS that all claims of all plaintiffs against the following defendants (the "Wilson County Defendants"), in all of those defendants' capacities, are DISMISSED WITH PREJUDICE: James Stewart, Clinton Garza, Joseph Dubs, and Wilson County.

Because the Court finds that there is no just reason for delay, and pursuant to FED. R. CIV. P. 54(b), the Court ORDERS and DIRECTS entry of final judgment as to those claims. A final judgment will be set out in a separate document. *See* FED. R. CIV. P. 58(a).

____________________________
Hon. Orlando L. Garcia
United States District Judge