**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **THOMAS PAUL CALDWELL and JOSHUA JAYME OLIVAREZ,** *Plaintiff,* | § | |
| **v.** | § | |
| **AUDREY GOSSETT LOUIS, Individually; JENNIFER THARP, Individually and in her Official Capacity; JAMES STEWART, Individually; and in his Official Capacity as Sheriff of Wilson County, Texas; SAMMY MARK McCRARY, Individually; JESSICA FRAZIER, Individually; GREGORY DICKERMAN, Individually; CLINTON GARZA, Individually; JOSEPH DUBS, Individually; COMAL COUNTY, TEXAS; and WILSON COUNTY, TEXAS,** *Defendants.* | § | **Case No. 5:26-CV-02527-OLG** |

**ORDER GRANTING**
**COMAL COUNTY DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFFS' ORIGINAL COMPLAINT**

On this day, the Court considered the Motion to Dismiss Plaintiffs' Original Complaint filed by Defendants Jennifer Tharp ("Tharp"), Sammy Mark McCrary ("McCrary"), Jessica Frazier ("Frazier"), and Comal County ("Comal County") (collectively the "Comal County Defendants") (the "Motion"). After considering the Motion, the response thereto, and any argument, the Court is of the opinion that the Motion was meritorious and should be granted. IT IS, THEREFORE,

ORDERED that the Motion to Dismiss Plaintiffs' Original Complaint filed by Comal County Defendants is GRANTED and all of Plaintiffs' claims in this lawsuit against Jennifer Tharp, Sammy Mark McCrary, Jessica Frazier, and Comal County are hereby dismissed with prejudice.

Signed this __ day of _______________ 2026.

______________________________

ORLANDO L. GARCIA,
UNITED STATES DISTRICT JUDGE