UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THOMAS PAUL CALDWELL and JOSHUA JAYME OLIVAREZ, Plaintiffs,<br><br>v.<br><br>AUDREY GOSSETT LOUIS, individually, et al., Defendants. | Civil Action No. 5:26-cv-2527 |

# Wilson County Defendants' Reply in Support of Their Motion to Dismiss

To the Honorable Court:

The Wilson County defendants (Wilson County, Sheriff Jim Stewart, Clinton Garza, and Joseph Dubs) filed a motion (Doc. 14), under Rule of Civil Procedure 12(b)(6), for dismissal of the claims against them. Plaintiffs Tom Caldwell and Joshua Olivarez filed a response (Doc. 19) to that motion.

The plaintiffs' response focuses on the sufficiency of their complaint's factual allegations to state constitutional claims and overcome individual defendants' qualified immunity. Because the Wilson County defendants addressed those sufficiency questions in their motion, they elect not to repeat arguments already made.

For the reasons stated in that motion, the Wilson County defendants ask the Court to grant the relief that the motion requested.

Respectfully submitted,

/s/ Brian Miller
Brian Miller, Attorney-in-Charge
State Bar No. 24002607
Myra K. Morris
State Bar No. 14495850
Joshua L. Johnston
State Bar No. 3870833

ROYSTON RAYZOR
VICKERY & WILLIAMS L.L.P.
802 N. Carancahua St., Suite 1300
Corpus Christi, TX 78401
Tel. No. (361) 884-8808
Fax No. (361) 884-7261
Email for service:
eservbmiller@roystonlaw.com;
eservmmorris@roystonlaw.com;
joshua.johnston@roystonlaw.com

*Counsel for defendants Wilson County, Sheriff Jim Stewart, Clinton Garza, and Joseph Dubs*

## Certificate of Service

I certify that this document was served on all counsel of record, shown below, using the CM/ECF system, on July 6, 2026.

Tom Caldwell
TOM CALDWELL LAW PLLC
1427 3rd St.
Floresville, TX 78114
*Pro se plaintiff and counsel for plaintiff Joshua Jayme Olivarez*

Emma Mersereau
Michael J. Calb
Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF TEXAS
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
*Counsel for defendant Gregory Dickerman*

Michael Shaunessy
Adam Lowe
MICHAEL BEST & FRIEDRICH LLP
515 Congress Ave., Suite 2500
Austin, TX 77001
*Counsel for defendants Comal County, Jennifer Tharp, Sammy McCrary, and Jessica Frazier*

Bill Helfand
Randy Lopez
LEWIS BRISBOIS BISGAARD & SMITH
24 Greenway Plaza, Suite 1400
Houston, TX 77046
*Counsel for defendant Audrey Louis*

/s/ Brian Miller
Brian Miller