IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THOMAS PAUL CALDWELL, JOSHUA JAYME OLIVAREZ, *Plaintiffs,* | § | 5:26-CV-02527-OLG-RBF |
| vs. | § | |
| AUDREY GOSSETT LOUIS, ET AL., *Defendants.* | § | |

**ORDER STAYING CASE**

Before the Court is the status of this case, which was referred by the District Judge for all pretrial matters, pursuant to Rule CV-72 and Appendix C to the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 3. Authority to enter this Order stems from 28 U.S.C. § 636(b)(1)(A).

Plaintiffs Thomas Caldwell and Joshua Olivarez sued numerous Defendants on April 16, 2026. *See* Dkt. No. 1. All Defendants have filed Motions to Dismiss. *See* Dkt. Nos. 14, 16, 20, 26. Pending disposition of the Motions to Dismiss, *see* Dkt. No. 14, 16, 20, 26, and for the reasons stated on the record at the July 9, 2026, conference, *see* Dkt. No. 27,

**IT IS HEREBY ORDERED THAT** all proceedings in this case are **STAYED** until further order of the Court. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *see also Carswell v. Camp*, 54 F.4th 307, 310 (5th Cir. 2022) (stating that the district court should resolve questions concerning qualified immunity "at the earliest possible stage of the litigation"

(citation and internal quotation marks omitted)). Notwithstanding the stay, the parties may file documents and motions—including responses and replies to the pending Motions to Dismiss.

**IT IS SO ORDERED**.

**SIGNED** this 21st day of July, 2026.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE