**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **THOMAS PAUL CALDWELL and JOSHUA JAYME OLIVAREZ,** *Plaintiff,* | § | |
| **v.** | § | |
| **AUDREY GOSSETT LOUIS, Individually; JENNIFER THARP, Individually and in her Official Capacity; JAMES STEWART, Individually; and in his Official Capacity as Sheriff of Wilson County, Texas; SAMMY MARK McCRARY, Individually; JESSICA FRAZIER, Individually; GREGORY DICKERMAN, Individually; CLINTON GARZA, Individually; JOSEPH DUBS, Individually; COMAL COUNTY, TEXAS; and WILSON COUNTY, TEXAS,** *Defendants.* | § | **Case No. 5:26-CV-02527-OLG** |

**ADVISORY TO THE COURT REGARDING**
**<u>COMAL COUNTY DEFENDANTS' REPLY DEADLINE</u>**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:

Defendants Jennifer Tharp ("Tharp"), Sammy Mark McCrary ("McCrary"), Jessica Frazer ("Frazier") (Tharp, McCrary, and Frazier collectively "Individual Defendants") and Comal County (Individual Defendants and Comal County collectively, "Comal County Defendants"), defendants in the above-referenced suit, file this Advisory regarding their deadline to file a reply in support of their Motion to Dismiss and would make the Court aware of the following:

1. Comal County Defendants filed their Motion to Dismiss Plaintiffs' Original Complaint on June 29, 2026 (Doc. 20).

2. After seeking an agreed-upon extension which was granted by the Court, Plaintiffs timely filed their Response in Opposition on July 20, 2026 (Doc. 29).

3. Pursuant to Local Rule CV-7(E), the deadline for Comal County Defendants to file their reply in support was Monday, July 27, 2026.

4. On July 24, 2026, Comal County Defendants filed an Agreed Motion for Extension of Time to File Reply in Support of Motion to Dismiss (Doc. 32) seeking a 10-day extension which was granted by the Court by Text Order on July 27, 2026. However, due to a typographical error in the Motion for Extension, the new deadline date was listed as August 3, 2026, instead of August 6, 2026 (which is ten days from the original deadline).

5. Based on the Court's granting of Comal County Defendants' Motion for Extension, Comal County Defendants intend to file their Reply on August 6, 2026.

6. Comal County Defendants request that the Court notify the undersigned counsel if it will require that the reply be filed prior to August 6, 2026.

Respectfully submitted,

**MICHAEL BEST & FRIEDRICH LLP**
515 Congress Avenue, Suite 2500
Austin, Texas 78701
512.320.0601 (telephone)
512.640.3170 (telecopier)
michael.shaunessy@michaelbest.com
eric.johnston@michaelbest.com
julie.denny@michaelbest.com

By: */s/ Michael Shaunessy*
MICHAEL SHAUNESSY
State Bar No. 18134550
ERIC A. JOHNSTON
State Bar No. 24070009

***Attorneys for the Defendants Jennifer Tharp, Sammy May McCrary, Jessica Frazier and Comal County***

## CERTIFICATE OF SERVICE

I hereby certify that, on the 31st day of July 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system and, further, that I provided service of such filing on the following party by certified mail, return receipt requested:

Tom Caldwell
TOM CALDWELL LAW PLLC
1427 Third Street
Floresville, Texas 78114
tomcaldlaw@gmail.com
***Attorneys for Plaintiffs Thomas Paul Caldwell and Joshua Jayme Olivarez***

Brian Miller
ROYSTON RAYZOR VICKERY & WILLIAMS L.L.P.
802 North Carancahua Street, Suite 1300
Corpus Christi, Texas 78401
eservbmiller@roystonlaw.com
***Attorneys for Defendants Wilson County, Sheriff Jim Stewart, Clinton Garza, and Joseph Dubs***

Emma Margaret Mersereau
ASSISTANT ATTORNEY GENERAL
LAW ENFORCEMENT DEFENSE DIVISION
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
emma.mersereau@oag.texas.gov
***Attorneys for Defendant Gregory Dickerman***

Bill Helfand
Randy Lopez
LEWIS BRISBOIS BISGAARD & SMITH
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
bill.helfand@lewisbrisbois.com
randy.lopez@lewisbrisbois.com
***Counsel for Defendant Audrey Gossett Louis***

/s/ *Michael Shaunessy*
MICHAEL SHAUNESSY